```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


                              : No. S1 3:07 Cr. 12 (JCH)
UNITED STATES OF AMERICA      :
                              : VIOLATION: 18 U.S.C. § 1029(b)
     v.                       : (Conspiracy to Commit Fraud in
                              : Connection with Access Devices);
OVIDIU-IONUT NICOLA-ROMAN,    : 18 U.S.C. §§ 1344 & 2 (Aiding
                              : and Abetting Bank Fraud); 18
          Defendant.          : U.S.C. § 1028A (Aggravated
                              : Identity Theft)
```

## **I N D I C T M E N T**

The Grand Jury charges that, at all times relevant to this Indictment:

### COUNT ONE
(Access Device Fraud Conspiracy)

1. OVIDIU-IONUT NICOLA-ROMAN, the defendant, was a resident of Craiova, Romania.

2. A "phishing" scheme is a scheme directed against multiple individuals on the Internet to obtain private personal and financial information, such as names, addresses, bank account numbers, credit card numbers, Social Security account numbers, and personal identification numbers, through fraud and deceit.

3. From in or about 2005 through in or about 2007, in the District of Connecticut and elsewhere, OVIDIU-IONUT NICOLA-ROMAN, the defendant, and others known and unknown, knowingly did conspire, combine, confederate, and agree to obtain wrongfully private personal and financial information through a phishing scheme and to use that information further to obtain money, goods, and services to which they were not entitled.

The Scheme to Defraud

4.  A phishing scheme uses the Internet to communicate with large numbers of potential victims, only a fraction of whom respond and are actually victimized.  Such schemes often work by sending fraudulent and counterfeit email, i.e., "spam," to potential victims.  The email, which appears to originate from legitimate banks, companies, or services providers, requests that potential victims provide or update private personal and financial information.

5.  In this case, for example, one of the spam emails used by OVIDIU-IONUT NICOLA-ROMAN, the defendant, and others known and unknown, purported to be from People's Bank, which is based in Bridgeport, Connecticut.  The email was sent, in or about June, 2005, to an individual in Madison, Connecticut, among others.  The email read, in pertinent part:

> Dear People's Bank Client,
> For your security, the profile that you are using to access People's Bank Online Banking has been locked because of too many failed login attempts.  You can unlock this profile online by selecting an option below:
>
> Unlock your profile with:
> My ATM/Visa Check Card number and PIN.
> Other personal information (Social Security Number, Account #, etc)
> E-mail address.
>
> We regret any inconvenience this may cause you.
>
> Sincerely,
> People's Bank  Account Review Department.

6. An individual who clicked on the spam email purporting to be from People's Bank would be re-directed to one or more fraudulent Web pages that falsely appeared to originate from People's Bank. In fact, the fraudulent Web pages were actually hosted on a compromised computer unrelated to People's Bank, without the knowledge or permission of the computer's owner.

7. An individual re-directed to the fraudulent Web pages would be asked to provide private personal and financial information, such as first name, last name, date of birth, Social Security number, credit card number, expiration date, CVV code, personal identification number ("PIN"), and telephone number. Any information provided by the individual would be sent by email to a "collector" account, <u>i.e.</u>, an email account used to receive and collect the information obtained through the phishing scheme.

8. OVIDIU-IONUT NICOLA-ROMAN, the defendant, and others known and unknown, used and shared the collector accounts "vercarti1@yahoo.com" and "fly4hell@yahoo.com."

9. In or about March, 2006, the "vercarti1@yahoo.com" and "fly4hell@yahoo.com" accounts held approximately 138 and 667 email messages, respectively, that contained, <u>inter alia</u>, credit card numbers, expiration dates, CVV codes, PIN numbers, and other personal identification information such as names, addresses, telephone numbers, dates of birth, and Social Security numbers.

10. Other financial institutions or Internet companies targeted by the phishing scheme included Ebay/PayPal, Capital One, Citibank, JPMorgan Chase & Co., Comerica Bank, LaSalle Bank, U.S. Bank, and Wells Fargo & Co.

Objects of the Conspiracy

11. From in or about 2005 through in or about 2007, in the District of Connecticut and elsewhere, OVIDIU-IONUT NICOLA-ROMAN, the defendant, and others known and unknown, knowingly did conspire, combine, confederate, and agree to commit offenses against the United States, to wit:

a. knowingly and with intent to defraud, and affecting interstate and foreign commerce, to traffic in and use one and more unauthorized access devices during any one-year period, and by such conduct, to obtain one and more things of value aggregating $1,000 and more during that period, in violation of Title 18, United States Code, Section 1029(a)(2); and

b. knowingly and with intent to defraud, and affecting interstate and foreign commerce, to possess fifteen and more counterfeit access devices, in violation of Title 18, United States Code, Section 1029(a)(3).

Manner and Means of the Conspiracy

      12. It was a part of the conspiracy that OVIDIU-IONUT NICOLA-ROMAN, the defendant, and others known and unknown:

    a. devised fraudulent email messages with false header information to induce individual recipients of the messages to click on a link, which would lead to one or more fraudulent Web pages requesting the individual's private personal and financial information;

    b. created fraudulent Web pages and gained unauthorized access to Internet servers which they used to host the fraudulent Web pages;

    c. collected and shared the private personal and financial information that was fraudulently obtained;

    d. used the private personal and financial information that was fraudulently obtained to access bank accounts and lines of credit and to withdraw funds without authorization; and

    e. collected and shared the tools, including files, software programs, and email accounts, used to facilitate the phishing scheme.

Overt Acts

13. In furtherance of the conspiracy, and in order to effectuate the objects thereof, OVIDIU-IONUT NICOLA-ROMAN, the defendant, and others known and unknown, committed the following overt acts, among others, within the District of Connecticut and elsewhere:

   a. In or about June, 2005, one or more of the co-conspirators transmitted a spam email purporting to be from People's Bank to an individual in Madison, Connecticut.

   b. In or about June, 2005, one or more of the co-conspirators withdrew $3,409.99 from the account of a People's Bank customer without authorization, using ATM machines in Craiova, Romania and private personal and financial information that had been obtained through phishing.

   c. In or about March, 2006, NICOLA-ROMAN accessed the collector account "fly4hell@yahoo.com" from IP addresses assigned to Romania.

   d. In or about January, 2006, NICOLA-ROMAN accessed the collector account "vercarti1@yahoo.com" from IP addresses assigned to Romania.

   e. In or about April, 2006, an individual known to the grand jury sent an email message to OVIDIU-IONUT

NICOLA-ROMAN which contained two Visa credit card numbers with associated Social Security numbers, dates of birth, CVV codes, and PIN numbers.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT TWO
(Bank Fraud)

14. Each allegation set forth in paragraphs 1-2 and 4-9 is incorporated as if fully set forth herein.

15. People's Bank is an insured depository institution under the Federal Deposit Insurance Act.

16. In or about June, 2005, in the District of Connecticut and elsewhere, OVIDIU-IONUT NICOLA-ROMAN, the defendant, did knowingly execute a scheme and artifice (a) to defraud People's Bank; and (b) to obtain money owned by, and under the custody and control of, People's Bank, by means of materially false and fraudulent pretenses, representations, and promises.

17. It was part of the scheme and artifice that OVIDIU-IONUT NICOLA-ROMAN, the defendant, and others aided and abetted by NICOLA-ROMAN, did the following:

    a. devised fraudulent email messages that falsely appeared to originate from People's Bank to induce individual recipients of the messages to click on a link, which would lead to one or more fraudulent Web pages

        requesting the individual's private personal and financial information;

b.    created fraudulent Web pages that falsely appeared to be from People's Bank and gained unauthorized access to Internet servers which they used to host the fraudulent Web pages;

c.    collected and shared the private personal and financial information that was fraudulently obtained from People's Bank customers; and

d.    used the private personal and financial information that was fraudulently obtained to access bank accounts and lines of credit and to withdraw funds from People's Bank without authorization.

18.  In or about June, 2005, in the District of Connecticut and elsewhere, OVIDIU-IONUT NICOLA-ROMAN, the defendant, did knowingly execute the scheme and artifice as set forth above, in that NICOLA-ROMAN, and others aided and abetted by NICOLA-ROMAN, did use the information obtained through the phishing scheme to make ATM withdrawals totaling approximately $9,808 from accounts maintained by People's Bank.

        All in violation of Title 18, United States Code, Sections 1344 and 2.

**COUNT THREE**
(Aggravated Identity Theft)

19. Each allegation set forth in paragraphs 1-13 is incorporated as if fully set forth herein.

20. From in or about 2005 through in or about 2007, in the District of Connecticut and elsewhere, OVIDIU-IONUT NICOLA-ROMAN, the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, names, Social Security account numbers, credit card numbers, personal identification numbers, and dates of birth, during and in relation to violations of Title 18, United States Code, Section 1029, conspiracy to commit fraud in connection with access devices, as charged in Count 1 of this Indictment.

In violation of Title 18, United States Code, Section 1028A(a)(1) and (c)(4).

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA


KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ANTHONY E. KAPLAN
SUPERVISORY ASSISTANT
  UNITED STATES ATTORNEY


EDWARD CHANG
ASSISTANT UNITED STATES ATTORNEY